UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 07-275 |
| v. | : | |
| ANTON GRIFFIN, | : | VIOLATION: 18 U.S.C. § 656 |
| Defendant. | : | (Bank Embezzlement) |

ROBERTS, J. RWR

**INFORMATION**

OCT 17 2007

The United States informs the Court:

### COUNT ONE

I.  Introduction

At all times material to this Information:

1. Wachovia Bank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

2. Defendant ANTON GRIFFIN was employed as a teller from approximately September 2005 through on or about December 2006 at the Wachovia Bank branch located at 1447 P Street, NW in Washington, DC.

3. On or about December 2006, in the District of Columbia, Defendant GRIFFIN did knowingly, and with the intent to injure and defraud, embezzle money from Wachovia Bank by improperly taking cash from money straps and loose currency belonging to Wachovia Bank, without permission and authority, and using the money for his own benefit and use.

**(Bank Embezzlement, in violation of 18 U.S.C. § 656).**

By: _____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610

LOUIS RAMOS
Assistant United States Attorney
United States Attorneys Office
D.C. Bar 472-176
Federal Major Crimes Section
555 4th Street, N.W. (Room 4243)
Washington, D.C. 20530
(202) 305-2195