UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,     )
                              )
          v.                  )
                              )   Criminal No. 07-275 (RWR)
ANTON GRIFFIN,                )
                              )
          Defendant.          )
                              )

### ORDER

It is hereby

ORDERED that the defendant's guilty plea hearing be, and hereby is, SCHEDULED for January 3, 2008 at 11:30 a.m.

SIGNED this _18th_ day of December, 2007.

_/s/ Richard W. Roberts_
RICHARD W. ROBERTS
United States District Judge