UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. 07-275 |
| v. | : | |
| ANTON GRIFFIN | : | **FILED** |
| Defendant. | : | JAN - 3 2008 |
| | : | Clerk, U.S. District and Bankruptcy Courts |

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, Defendant ANTON GRIFFIN agrees and stipulates as follows:

Beginning in approximately September 2005 through, up to and including December 23, 2006, the defendant worked as a teller at Wachovia Bank branch located at 1447 P Street, NW in Washington, DC. At all relevant times, Wachovia Bank was a financial institution operating in the District of Columbia and elsewhere with deposits insured by the Federal Deposit Insurance Corporation.

On or about December 23, 2006 the defendant executed a scheme to embezzle money, that is, United States currency, from Wachovia Bank by using his position as a teller to gain access to cash and willfully embezzle, abstract, purloin and steal money by removing United States currency from money straps under his control and converting the money to his own use. On December 23, 2006, the defendant willfully and knowingly removed fifty, twenty, and ten dollar bills from loose money and money straps under his control and converted the money for his own use without the permission or knowledge of Wachovia Bank. To further the scheme and prevent its detection, the defendant falsified his bank paperwork, including his balance sheet in a manner consistent with "force balancing" in an attempt to conceal the shortage. Specifically, on December 23, 2006 $18,407.50 of U.S. currency was missing from the defendant's teller drawer, representing a loss to

Wachovia Bank. Wachovia Bank discovered that the money was missing when they reviewed the defendant's balance sheet and discovered that there was an $18,407.50 discrepancy between what the defendant reported in his balance sheet and the amount of money in his teller drawer.

On or about February 1, 2007 a Special Agent of the Federal Bureau of Investigation interviewed the defendant. The defendant admitted that he embezzled currency from Wachovia Bank by removing $18,407.50 of U.S. currency from money straps and loose currency under his control, converted the money to pay for personal expenses, and sought to cover-up his embezzlement by making false entries in his Wachovia Bank paperwork.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              United States Attorney
                                              for the District of Columbia

By:    _____
          LOUIS RAMOS
          Assistant U.S. Attorney
          555 4th Street, N.W. (Room 4243)
          Washington, D.C. 20530
          (202) 305-2195

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.


Date: _____        _____
                                     Anton Griffin
                                     Defendant


I have discussed this Statement of Offense with my client, Anton Griffin. I concur with his decision to stipulate to this Statement of Offense.


Date: __1/3/08_____                _____
                                     Rita Bosworth, Esq.
                                     Counsel for the Defendant