US

*Aldon Management Corp.*

1400 Aspen St. NW, Washington DC 20012

202-726-0174

v

Anton Griffin

**FILED**

MAR 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 07- 275

To Whom It May Concern:

This letter is to verify that Anton Griffin is currently a fulltime employee with Aldon Management. He has been on assignment with Aldon Management thru Intersolutions Inc since October 29th and is now in the process of permanent employment with Aldon Management.

His duties consist of answering the phones, filing, assisting current residents with maintenance issues by preparing work order tickets for the maintenance team to be done in a timely and orderly fashion, as well as giving prospective future residence a better knowledge of the community. If you have any questions feel free to give me a call at the office.

Sincerely yours,

Germaine Hart,
Resident Manager